MICHAEL J. GARCIA, CITY ATTORNEY
ANN M. MAURER, CHIEF ASSISTANT CITY ATTORNEY – SBN: 179649
ANDREW C. RAWCLIFFE, DEPUTY CITY ATTORNEY – SBN: 259224
613 E. Broadway, Suite 220
Glendale, CA  91206
Telephone:  (818) 548-2080
Facsimile:  (818) 547-3402
E-mail: amaurer@glendaleca.gov
            arawcliffe@glendaleca.gov

Attorneys for Defendants
CITY OF GLENDALE, OFFICER OLGA VAROUZIAN,
OFFICER ALEXIS KANG, SERGEANT ROBERT WILLIAM

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PIERRE MORADIAN, <br><br> Plaintiff, <br><br> vs. <br><br> CITY OF GLENDALE; OFFICER OLGA VAROUZIAN; OFFICER TANG; OFFICER WILLIAMS; AND DOES 1 THROUGH 40, INCLUSIVE, <br><br> Defendant. | Case No.:  CV 14-01178-GW(VBKx) <br><br> **JUDGMENT** |

This action having been tried before the Court sitting with a jury, the Honorable George Wu, District Judge, presiding; the issues having been duly tried and the jury having duly rendered its verdict,

///
///
///
///
///

- 1 -

1
2
3
4        IT IS ORDERED AND ADJUDGED that plaintiff Pierre Moradian take nothing; that the action be dismissed on the merits and that defendants, City of Glendale, Sgt. Robert William, Officer Olga Varouzian and Officer Alexis Kang recover from the plaintiff the costs of action.

5
6   DATED:   July 6, 2015

                                                                                                                                *[signature]*

                                                      _____
7                                                          GEORGE H. WU
8                                                          United States District Judge

9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28